**FILED**

05/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0159



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0159

PERKINS FAMILY HOLDINGS, LLC,
a Montana Limited Liability Company,

      Plaintiff and Appellant,

v.

THE TILE GUYS, LLC, AND MARSHAL
RAY BUTTERFIELD, an individual,

      Respondents and Appellees.

ORDER OF MEDIATOR APPOINTMENT

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Shelly F. Brander,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this May 17, 2022.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Joseph R. Nevin, Rufus I. Peace, Shelly F. Brander